Cardenas v 74-78 Post Ave. Hgts. Assoc. LLC (2022 NY Slip Op 51225(U))

[*1]

Cardenas v 74-78 Post Ave. Hgts. Assoc. LLC

2022 NY Slip Op 51225(U)

Decided on December 15, 2022

Appellate Term, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

As corrected in part through December 22, 2022; it will not be published in the printed Official Reports.

Decided on December 15, 2022
SUPREME COURT, APPELLATE TERM, FIRST DEPARTMENT

PRESENT: Brigantti, J.P., Hagler, Tisch, JJ.

570331/22

Agueda Cardenas, Petitioner-Respondent,
against
74-78 Post Avenue Heights Associates LLC, Santos Santana and George Huang, Respondents-Appellants,
 and NYC Department of Housing Preservation and Development and NYC Department of Buildings, Co-Respondents.

 

Opinion withdrawn from online only publication at the direction of the court.